IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SATO AMERICA, INC., ) <br> ) <br> *Defendant*. ) | C.A. No. 1:19-cv-01023-RGA |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: November 8, 2019

Respectfully submitted,

*/s/* Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540

M. GRANT MCARTHUR (SBN 321959)
gmcarthur@budolaw.com
KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW, LLP
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.